DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LILY HUDSON,**
Appellant,

v.

**SCOTT HUDSON,**
Appellee.

No. 4D19-2178

[January 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 2013DR010006.

Carla P. Lowry of Lowry At Law, P.A., Fort Lauderdale, for appellant.

Seth E. Schneiderman of Seth E. Schneiderman, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***